Stephen H. Dye, State Bar No. 104385
   sdye@mortensontaggart.com
Richard J. May, State Bar No. 234684
   rmay@mortensontaggart.com
**MORTENSON TAGGART ADAMS LLP**
Two Walnut Creek Center
200 Pringle Avenue, Suite 450
Walnut Creek, CA 94596
Telephone: (925) 771-3143
Facsimile: (925) 664-0357
Nissane-service@mortensontaggart.com

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MARQUEZ, an individual; and ANDREA MARQUEZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-06281-MAA<br><br><u>Magistrate Judge:</u><br>*Hon. Maria A. Audero,* Ctrm. 880<br><br>**OFFER OF JUDGMENT OF DEFENDANT NISSAN NORTH AMERICA, INC. PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 68**<br><br>Action Filed: 06/06/2025<br>Trial Date: None Set |

MORTENSON TAGGART ADAMS LLP

Case No. 2:25-cv-06281-MAA
OFFER OF JUDGMENT OF DEFENDANT NISSAN PURSUANT TO F.R.C.P., RULE 68
Doc ID: f33070bd68fafbfac2fc2fff489aecf6e4054829

**TO PLAINTIFFS AND PLAINTIFFS' COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to the provisions of Federal Rules of Civil Procedure Rule 68, Defendant NISSAN NORTH AMERICA, INC. ("Nissan") hereby offers to allow judgment to be taken against it, as follows:

1. Plaintiffs CYNTHIA MARQUEZ AND ANDREA MARQUEZ ("Plaintiffs"), will surrender the 2021 Nissan Sentra, VIN 3N1AB8CV6MY278226 ("Subject Vehicle"), with clear title, free and clear of all liens and encumbrances, other than any outstanding loan amounts, which Nissan will discharge by payment from the proceeds of the settlement that Plaintiffs accepts pursuant to this Offer. Plaintiffs will deliver the Subject Vehicle to Nissan at a date, time and place mutually-agreeable and will provide the financial documents required to transfer title and a copy of this signed offer in advance of the surrender.

2. Nissan will pay Plaintiffs $27,199.23 (Twenty-Seven Thousand One Hundred Ninety-Nine Dollars and Twenty-Three Cents), inclusive of civil penalties, incidental, and consequential damages. Plaintiffs will provide Nissan with current payoff information on any active installment loan on the Subject Vehicle and, deducting from the amount above, Nissan will pay the remaining balance directly to the lender, discharging the installment loan on the Subject Vehicle. The settlement check(s) shall be sent by Nissan within three (3) days after surrender of the Subject Vehicle.

3. In addition to the amount to be paid under paragraph 2, Plaintiffs can choose between (a) Nissan paying $2,500.00 as reasonable fees, expenses and costs, or (b) Plaintiffs retaining the right to petition the Court for an award of Plaintiffs' costs and reasonably incurred attorneys' fees, if any, pursuant to California Code of Civil Procedure Section 1794(d) in connection with this action and recoverable in this case through the date on which this Offer is made, in an amount to be determined by the Court, except that Plaintiffs may recover for fees and costs reasonably and actually incurred in bringing such a fee/cost motion. Nissan expressly reserves all

MORTENSON TAGGART ADAMS LLP

1   Case No. 2:25-cv-06281-MAA
OFFER OF JUDGMENT OF DEFENDANT NISSAN PURSUANT TO F.R.C.P., RULE 68
Doc ID: f33070bd68fafbfac2fc2fff489aecf6e4054829

challenges and defenses to Plaintiffs' fee/costs motion(s). Nissan will pay the attorneys' fees and cost amounts determined by the Court within 30 days' notice of the Court's ruling on same.

4.  Plaintiffs will dismiss this action with prejudice within 14 days after Plaintiffs' counsel has received all funds owed pursuant to this Offer.

5.  This Offer of Judgment is made for purposes specified in Fed. R. Civ. 68, and will be deemed withdrawn unless written notice of acceptance of this offer is made in the applicable time period set forth by law (within fourteen (14) days of the date that it was served). Plaintiffs' acceptance of Nissan's Statutory Offer must be made in writing, and may be indicated by Plaintiffs' counsel's signature below.

DATED: October 15, 2025            MORTENSON TAGGART ADAMS LLP

By: *[signature]*
Michael D. Mortenson
Richard J. May
Attorney for Defendant
NISSAN NORTH AMERICA, INC.

## ACCEPTANCE OF RULE 68 OFFER

On behalf of Plaintiffs CYNTHIA MARQUEZ AND ANDREA MARQUEZ, we hereby accept the above Statutory Offer made by Nissan, as follows:

- ☐ 3.a Attorneys' fees and costs of $2,500.00; or
- ☑ 3.b Attorneys' fees and costs by motion.

DATED: October 28, 2025  DRAKE LAW FIRM

By: *[signature]*
Tarek H. Zohdy, Esq.
Laura Goolsby, Esq.
Attorneys for Plaintiffs
CYNTHIA MARQUEZ and ANDREA MARQUEZ

MORTENSON TAGGART ADAMS LLP

2                                             Case No. 2:25-cv-06281-MAA
OFFER OF JUDGMENT OF DEFENDANT NISSAN PURSUANT TO F.R.C.P., RULE 68
Doc ID: f33070bd68fafbfac2fc2fff489aecf6e4054829