| | |
|---|---|
| 1 | DRAKE LAW FIRM |
| | Tarek H. Zohdy (SBN 247775) |
| 2 | lemondaddy@drakelawgroup.com |
| | Laura E. Goolsby (SBN 321721) |
| 3 | lgoolsby@drakelawgroup.com |
| | 19935 Ventura Blvd., Suite 202 |
| 4 | Woodland Hills, California 91364 |
| | Tel: (888) 315-5721 |
| 5 | Fax: (888) 340-6488 |
| 6 | Attorneys for Plaintiffs |
| 7 | CYNTHIA MARQUEZ and ANDREA MARQUEZ |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYNTHIA MARQUEZ, an individual; and ANDREA MARQUEZ, an individual, | Case No. 2:25-cv-06281-MAA |
| | Hon. Maria A. Audero |
| Plaintiff(s), | |
| vs. | **[PROPOSED]** **ORDER RE ENTRY OF JUDGMENT PURSUANT TO RULE 68** |
| NISSAN NORTH AMERICA, INC., a Delaware Corporation; et al., | |
| Defendant(s) | |

Case No.: 2:25-cv-06281-MAA

1      Having reviewed Plaintiffs' Notice of Acceptance of Rule 68 Offer of Judgment
2  (ECF No. 11) and the attached executed Offer of Judgment and Acceptance, and
3  pursuant to Federal Rule of Civil Procedure 68(a), the Court hereby ORDERS:

4      1. Judgment shall be entered in favor of Plaintiffs Cynthia Marquez and Andrea
5         Marquez and against Defendant Nissan North America, Inc., consistent with the
6         terms of the accepted Offer of Judgment filed at ECF No. 11-1.
7      2. Plaintiffs may file a motion for reasonable attorneys' fees and costs pursuant to
8         paragraph 3(b) of the Offer of Judgment and California Civil Code § 1794(d)
9         within fourteen (14) days of the date judgment is entered.
10     3. Upon Defendant's completion of payment under the Offer of Judgment,
11        Plaintiffs shall file a dismissal with prejudice within fourteen (14) days
12        thereafter, as provided in paragraph 4 of the Offer.

IT IS SO ORDERED.

Dated: 11/10/2025

Hon. Maria A. Audero
United States Magistrate Judge