**JS-6**

DRAKE LAW FIRM
Tarek H. Zohdy (SBN 247775)
lemondaddy@drakelawgroup.com
Laura E. Goolsby (SBN 321721)
lgoolsby@drakelawgroup.com
19935 Ventura Blvd., Suite 202
Woodland Hills, California 91364
Tel: (888) 315-5721| Fax: (888) 340-6488

Attorneys for Plaintiffs
CYNTHIA MARQUEZ and ANDREA MARQUEZ

Stephen H. Dye (SBN 104385)
sdye@mortensontaggart.com
Richard J. May (SBN 234684)
rmay@mortensontaggart.com
MORTENSON TAGGART ADAMS LLP
200 Pringle Avenue, Suite 450
Walnut Creek, CA 94596
Tel: (925) 771-3143| Fax: (925) 664-0357

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CYNTHIA MARQUEZ, an individual; and ANDREA MARQUEZ, an individual, | Case No.  2:25-cv-06281-MAA<br>Hon. Maria A. Audero |
| Plaintiff(s), | **STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL** |
| vs. |  |
| NISSAN NORTH AMERICA, INC., a Delaware Corporation; et al., |  |
| Defendant(s) |  |

Plaintiffs CYNTHIA MARQUEZ and ANDREA MARQUEZ, together with Defendant NISSAN NORTH AMERICA, INC., hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed in its entirety with prejudice.

Dated:  January 27, 2026

DRAKE LAW FIRM

By:  */s/ Laura E. Goolsby*
         Tarek H. Zohdy
         Laura E. Goolsby
         Attorneys for Plaintiffs

Dated:  January 28, 2026

MORTENSON TAGGART ADAMS LLP

By:  */s/ Richard J. May*
Richard J. May
Stephen H. Dye
Attorneys for Defendant

- 2 -

Stipulation and Order of Dismissal
Case No.: 2:25-cv-06281-MAA

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS SO ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE in its entirety. The Clerk is directed to close the file.

Dated: January 30, 2026

By: _____
Hon. Maria A. Audero
United States District Judge

- 3 -

Stipulation and Order of Dismissal
Case No.: 2:25-cv-06281-MAA